AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ahler, James R. | Indiana Northern Bankruptcy Court | 07/22/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination      Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
5400 Federal Plaza
Hammond, IN 46230

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Trust #1 |
| 2.   Trustee | Trust #2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2015 | Indiana Public Retirement System |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 07/22/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. FIFTH THIRD BANK (cash) | A | Interest | | | Closed | 10/19/19 | J | | |
| 3. CHASE BANK (cash) | A | Interest | K | T | | | | | |
| 4. PNC BANK (cash) (X) | A | Interest | K | T | | | | | |
| 5. TRUST ACCOUNT #1 (H) | | | | | | | | | |
| 6. DFA TAX MGD MKTWIDE VAL PORT (DTMMX) | C | Dividend | M | T | Sold (part) | 05/09/19 | J | | |
| 7. SSGA FUNDS S&P 500 INDEX N (SVSPX) | A | Dividend | J | T | Buy | 05/09/19 | J | | |
| 8. TRUST ACCOUNT #2 (H) | | | | | | | | | |
| 9. DFA TAX MGD US EQUITY PORT (DTMEX) | B | Dividend | M | T | Sold (part) | 05/09/19 | J | | |
| 10. DFA TAX MGD US SM CAP FUND (DFTSX) | A | Dividend | J | T | | | | | |
| 11. STATE STREET GLOBAL ADVISORS S&P 500 INDEX N (SVSPX) | A | Dividend | J | T | Buy | 05/09/19 | J | | |
| 12. IRA #1 (H) | | | | | | | | | |
| 13. DFA EMERGING MARKETS SMALL CP PTF (DEMSX) | A | Dividend | K | T | | | | | |
| 14. DFA INTL SM CAP VAL PORT (DISVX) | B | Dividend | K | T | | | | | |
| 15. DFA EMERGING MKTS PTF (DFEMX) | A | Dividend | J | T | | | | | |
| 16. IRA #2 (H) | | | | | | | | | |
| 17. DFA US MICRO CAP FD (DFSCX) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | DFA US SM CAP VAL PORT (DFSVX) | A | Dividend | J | T | | | | | |
| 19. | DFA FIVE-YEAR GLOBAL FIXED PTF (DFGBX) | A | Dividend | K | T | | | | | |
| 20. | IRA #3 (H) | | | | | | | | | |
| 21. | DFA EMERGING MKTS VALUE PTF (DFEVX) | A | Dividend | J | T | | | | | |
| 22. | DFA INTL SML PTFL (DFISX) | A | Dividend | J | T | | | | | |
| 23. | IRA #4 (H) | | | | | | | | | |
| 24. | DFA SHORT TERM GOVT PTF (DFFGX) | A | Dividend | K | T | | | | | |
| 25. | DFA ONE-YEAR FIXED INCOME PTF (DFIHX) | A | Dividend | K | T | | | | | |
| 26. | DFA INTL SML PTFL (DFISX) | A | Dividend | J | T | | | | | |
| 27. | DFA TWO-YEAR GLOBAL FIXED PTF (DFGFX) | A | Dividend | K | T | | | | | |
| 28. | DFA US SM CAP VAL PORT (DFSVX) | B | Dividend | K | T | | | | | |
| 29. | DFA GLOBAL REAL ESTATE SEC PTF (DFGEX) | C | Dividend | L | T | | | | | |
| 30. | DFA INTERNATIONAL VALUE (DFIVX) | B | Dividend | K | T | | | | | |
| 31. | INDIANA PUBLIC EMPLOYEES DEFERRED COMP PLAN 457 PLAN (H) | | | | | | | | | |
| 32. | FIDELITY DIVERSIFIED INTL K6 (FKIDX) | B | Dividend | L | T | | | | | |
| 33. | VANGUARD CAPITAL OPPORTUNITY FUND (mid cap growth) (VHCOX) | C | Dividend | L | T | | | | | |
| 34. | MFS MID CAP VALUE R6 (MVCKX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. VANGUARD EXTENDED MKT IND I (VEXMX) (Y) | | | | | | | | | |
| 36. STATE ST RUSSELL SM/MID IDX SL CL II (X) | | None | K | T | | | | | |
| 37. EB DYNAMIC VALUE EQUITY FUND CL II (Y) | | | | | | | | | |
| 38. BNYM MELLON NSL US DYNAMIC LARGCP VAL II (X) | | None | L | T | | | | | |
| 39. PIMCO TOTAL RETURN INSTL (PTTNX) | B | Dividend | L | T | | | | | |
| 40. INDIANA DEFERRED COMP MATCHING PLAN 401(a) PLAN (H) | | | | | | | | | |
| 41. FIDELITY DIVERSIFIED INTL K6 (FKIDX) (X) | A | Dividend | J | T | | | | | |
| 42. VANGUARD CAPITAL OPPORTUNITY FUND (VHCOX) (X) | A | Dividend | J | T | | | | | |
| 43. PIMCO TOTAL RETURN INSTL (PTTNX) (X) | A | Dividend | J | T | | | | | |
| 44. IRA #5 (H) | | | | | | | | | |
| 45. CAUSEWAY CAP MGMT TR INTL VALUE FD INSTL (CIVIX) | | None | | | Sold | 04/05/19 | J | | |
| 46. FIDELITY SALEM STR 500 IDX FD INST PREM (FXAIX) | A | Dividend | J | T | Buy (add'l) | 01/04/19 | J | | |
| 47. | | | | | Sold (part) | 04/05/19 | J | A | |
| 48. | | | | | Sold (part) | 06/21/19 | J | A | |
| 49. FIDELITY SALEM STR TR INTL IDX FD (FSPSX) | A | Dividend | J | T | Buy (add'l) | 04/05/19 | J | | |
| 50. HARRIS ASSOC INVT TR OAKMARK INTL FD (OANIX) | | None | | | Sold | 04/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. INVESTMENT MANAGERS SER TR WCM FOCUSED INTL GROWTH (WCMIX) | | None | | | Sold | 04/05/19 | J | | |
| 52. ISHARES INC ISHARES MSCI JAPAN ETF (EWJ) (Y) | | | | | | | | | |
| 53. ISHARES MSCI CANADA ETF (EWC) | A | Dividend | J | T | | | | | |
| 54. VANGUARD INDEX TR VANG 500 IDX ADM (VFIAX) | A | Dividend | K | T | | | | | |
| 55. VANGUARD INTL EQUITY INDEX FD FTSE EUROPE ETF (VGK) (X) | A | Dividend | J | T | Buy (add'l) | 04/05/19 | J | | |
| 56. PGIM TOTAL RETURN BOND (PTRQX) | A | Dividend | J | T | | | | | |
| 57. VANGUARD FIXED INC SECS INTER TERM INVT ADM (VFIDX) | A | Dividend | | | Sold | 02/01/19 | J | A | |
| 58. VANGUARD SHORT TERM BOND ETF (BSV) (Y) | | | | | | | | | |
| 59. VANGUARD TOTAL INTL BD ETF (BNDX) | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 60. | | | | | Buy (add'l) | 09/23/19 | J | | |
| 61. WELLS FARGO FDS TR BD FD R6 (WTRIX) | A | Dividend | J | T | | | | | |
| 62. IRA #6 (H) | | | | | | | | | |
| 63. JPMORGAN IRA DEPOSIT SWEEP MGD (cash equiv) | A | Interest | K | T | | | | | |
| 64. CAUSEWAY CAP MGMT TR INTL VALUE FD INSTL (CIVIX) | | None | | | Sold (part) | 02/01/19 | K | | |
| 65. | | | | | Sold | 04/05/19 | K | | |
| 66. FID SALEM STR TR FID 500 INDX FD (FXAIX) | C | Dividend | M | T | Buy (add'l) | 01/04/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. | | | | | Sold (part) | 04/05/19 | K | B | |
| 68. | | | | | Sold (part) | 06/21/19 | K | B | |
| 69. | | | | | Buy (add'l) | 08/26/19 | K | | |
| 70. | | | | | Sold (part) | 11/21/19 | K | B | |
| 71. FID SALEM STR TR INTL INDX FD (FSPSX) | D | Dividend | N | T | Buy (add'l) | 04/05/19 | L | | |
| 72. | | | | | Sold (part) | 06/21/19 | J | A | |
| 73. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 74. HARRIS ASSOC INVT TR OAKMARK INTL FD INSTL CL (OANIX) | | None | | | Sold (part) | 02/14/19 | J | | |
| 75. | | | | | Sold | 04/05/19 | K | | |
| 76. INVESTMENT MANAGERS SER TR WCM FOCUSED INTL GROWTH (WCMIX) | | None | | | Sold (part) | 02/14/19 | J | | |
| 77. | | | | | Sold | 04/05/19 | K | | |
| 78. ISHARES INC ISHARES MSCI JAPAN ETF (EWJ) | A | Dividend | K | T | | | | | |
| 79. ISHARES MSCI CANADA ETF (EWC) | B | Dividend | K | T | Buy (add'l) | 04/05/19 | K | | |
| 80. | | | | | Sold (part) | 06/21/19 | J | A | |
| 81. ISHARES MSCI PACIFIC EX JAPAN (EPP) | A | Dividend | K | T | Sold (part) | 03/04/19 | J | | |
| 82. VANGUARD INDEX TR VANGUARD 500 INDEX FD ADM (VFIAX) | D | Dividend | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 83. VANGUARD INTL EQUITY INDX FD (VGK) | B | Dividend | K | T | Buy (add'l) | 04/05/19 | K | | |
| 84. | | | | | Sold (part) | 08/26/19 | K | | |
| 85. ISHARES 20 PLUS YEAR TREASURY BD ETF (TLT) | A | Dividend | K | T | Buy | 09/23/19 | K | | |
| 86. ISHARES TRUST 7 10 YEAR TREASURY BD ETF (IEF) | A | Dividend | K | T | Buy | 02/14/19 | J | | |
| 87. ISHARES TRUST ISHARES MBS ETF EST YIELD (MBB) | A | Dividend | K | T | Buy | 02/01/19 | J | | |
| 88. LORD ABBETT INVT TR SHT DUR INC (LOLDX) | B | Dividend | K | T | Buy (add'l) | 11/21/19 | J | | |
| 89. VANGUARD BOND INDEX FD TOT BD MKT (VBTLX) | B | Dividend | K | T | Sold (part) | 09/23/19 | J | A | |
| 90. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 91. VANGUARD FIXED INCOME SECS INTER TERM INVT GRADE (VFIDX) | A | Dividend | | | Sold | 02/01/19 | J | | |
| 92. VANGUARD SHORT TERM BD ETF (BSV) | A | Dividend | | | Sold (part) | 01/04/19 | J | | |
| 93. | | | | | Buy (add'l) | 03/04/19 | K | | |
| 94. | | | | | Sold | 09/23/19 | K | A | |
| 95. VANGUARD TOTAL INTL BD ETF (BNDX) | C | Dividend | M | T | Buy (add'l) | 02/01/19 | K | | |
| 96. | | | | | Buy (add'l) | 09/23/19 | K | | |
| 97. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 98. WELLS FARGO CORE BD FD R6 (WTRIX) (FORMERLY INST (MBFIX)) | A | Dividend | K | T | Sold (part) | 09/23/19 | J | A | |
| 99. BLACKSTONE ALTRNTV INVT FDS ALT MULT STRAT (BXMYX) | B | Dividend | K | T | Buy (add'l) | 06/21/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 100. | | | | | Buy<br>(add'l) | 11/21/19 | J | | |
| 101. BLACKROCK EVENT DRIVEN EQUITY FD INSTL CL (BILPX) | A | Dividend | J | T | Buy | 12/09/19 | J | | |
| 102. CRM MUT FD TR LNG SHT OPPORTUNITIES FD (CRIHX) | | None | K | T | | | | | |
| 103. DIAMOND HILL LONG-SHORT FD I (DHLSX) | | None | | | Sold | 06/14/19 | J | A | |
| 104. EQUINOX FDS TR IPM SYSTEMATIC MACRO FD CL (EQIPX) | | None | J | T | Sold<br>(part) | 12/09/19 | J | | |
| 105. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 106. ADVISORS EDGEWOOD GROWTH FD INSTL CL DIV & CAP GAIN (EGFIX) | A | Dividend | J | T | | | | | |
| 107. BLACKROCK INDEX FDS INC ISHARES MSCI EAFE INTL IDX (BTMKX) | B | Dividend | K | T | | | | | |
| 108. CAUSEWAY CAP MGMT TR INTL VALUE FD INSTL CL (CIVIX) | | None | | | Sold<br>(part) | 02/01/19 | J | | |
| 109. | | | | | Sold | 04/05/19 | J | A | |
| 110. CLEARBRIDGE APPRECIATION FUND CLASS IS (LMESX) | A | Dividend | J | T | Buy<br>(add'l) | 12/27/19 | J | | |
| 111. DIAMOND HILL FDS LARGE CAP FD CL Y SHS (DHLYX) | A | Dividend | J | T | Sold<br>(part) | 04/05/19 | J | A | |
| 112. FIDELITY SALEM STR TR FIDELITY 500 INDEX FUND (FXAIX) | C | Dividend | M | T | Buy<br>(add'l) | 01/04/19 | J | | |
| 113. | | | | | Sold<br>(part) | 11/22/19 | J | | |
| 114. | | | | | Buy<br>(add'l) | 12/27/19 | K | | |
| 115. FIDELITY SALEM STR TR INTL INDEX FD (FSPSX) | A | Dividend | K | T | Buy | 04/05/19 | K | | |
| 116. | | | | | Buy<br>(add'l) | 12/27/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 117. HARRIS ASSOC INVT TR OAKMARK INTL FD INSTL CL (OANIX) | | None | | | Sold (part) | 02/14/19 | J | | |
| 118. | | | | | Sold | 04/05/19 | J | A | |
| 119. INVESTMENT MANAGERS SER TR WCM FOCUSED INTL GROWTH (WCMIX) | | None | | | Sold (part) | 02/14/19 | J | | |
| 120. | | | | | Sold | 04/05/19 | J | | |
| 121. ISHARES INC ISHARES MSCI JAPAN ETF (EWJ) | A | Dividend | J | T | Sold (part) | 03/04/19 | J | A | |
| 122. ISHARES MSCI CANADA ETF (EWC) | A | Dividend | J | T | Buy (add'l) | 04/05/19 | J | | |
| 123. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 124. ISHARES MSCI PACIFIC EX JAPAN ETF (EPP) | A | Dividend | J | T | | | | | |
| 125. VANGUARD INTL EQUITY INDEX FD FTSE EUROPE ETF (VGK) | A | Dividend | J | T | Buy (add'l) | 04/05/19 | J | | |
| 126. | | | | | Sold (part) | 08/26/19 | J | | |
| 127. ISHARES 20 PLUS YEAR TREAS BD ETF (TLT) | A | Dividend | J | T | Buy | 09/23/19 | J | | |
| 128. ISHARES 7 10 YEAR TREAS BD ETF EST (IEF) | A | Dividend | J | T | Buy | 02/14/19 | J | | |
| 129. ISHARES MBS ETF EST (MBB) | A | Dividend | J | T | Buy | 02/01/19 | J | | |
| 130. LORD ABBETT INVT TR SHORT DURATION INCOME FD CL (LOLDX) | A | Dividend | J | T | Buy (add'l) | 12/27/19 | J | | |
| 131. PGIM TOTAL RETURN BOND FD INC CL R6 (PTRQX) | A | Dividend | | | Sold | 02/01/19 | J | A | |
| 132. VANGUARD BOND INDEX FD INC TOTAL BD MARKET IDX (VBTLX) | A | Dividend | K | T | Buy (add'l) | 02/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 133. | | | | | Sold<br>(part) | 09/23/19 | J | | |
| 134. | | | | | Buy<br>(add'l) | 12/27/19 | J | | |
| 135. VANGUARD FIXED INCOME SECS<br>INTER TERM INVT (VFIDX) | A | Dividend | | | Sold | 02/01/19 | J | | |
| 136. VANGUARD SHORT TERM BOND ETF<br>(BSV) | A | Dividend | | | Sold<br>(part) | 01/04/19 | J | A | |
| 137. | | | | | Buy<br>(add'l) | 03/04/19 | J | | |
| 138. | | | | | Sold | 09/23/19 | J | | |
| 139. VANGUARD TOTAL INTERNATIONAL<br>BOND ETF (BNDX) | A | Dividend | K | T | Buy<br>(add'l) | 02/01/19 | J | | |
| 140. | | | | | Buy<br>(add'l) | 09/23/19 | J | | |
| 141. | | | | | Buy<br>(add'l) | 12/27/19 | J | | |
| 142. BLACKROCK EVENT DRIVEN EQUITY<br>FD INSTL CL EST (BILPX) | A | Dividend | J | T | Buy | 12/09/19 | J | | |
| 143. BLACKSTONE ALTRNTV INVT<br>FDS ALTRNTV MULTI STRTGY FD<br>(BXMYX) | A | Dividend | J | T | Buy<br>(add'l) | 06/14/19 | J | | |
| 144. | | | | | Buy<br>(add'l) | 12/27/19 | J | | |
| 145. CRM MUT FD TR LNG SHT<br>OPPORTUNITIES FD(CRIHX) | | None | J | T | | | | | |
| 146. DIAMOND HILL FDS LONG-SHORT<br>FUND CLASS Y (DIAYX) | | None | | | Sold | 06/14/19 | J | | |
| 147. EQUINOX FDS TR IPM SYSTEMATIC<br>MACRO FD CL (EQIPX) | | None | J | T | Sold<br>(part) | 12/09/19 | J | | |
| 148. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 149. JPMORGAN US GOVT MONEY MKY FD (IJGXX) (cash equiv) | C | Dividend | M | T | | | | | |
| 150. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 151. JPMORGAN US GOVT MONEY MKY FD (IJGXX) (cash equiv) | D | Dividend | N | T | | | | | |
| 152. 529 ACCOUNT #1 (H) | | | | | | | | | |
| 153. MY529 Age-Based Aggressive Global | C | Dividend | L | T | | | | | |
| 154. 529 ACCOUNT #2 (H) | | | | | | | | | |
| 155. MY529 Age-Based Aggressive Global | B | Dividend | L | T | | | | | |
| 156. 529 ACCOUNT #5 (H) | | | | | | | | | |
| 157. BRIGHTSTART AGGRESSIVE AGE BASED 13-14 | | None | K | T | | | | | |
| 158. 529 ACCOUNT #6 (H) | | | | | | | | | |
| 159. BRIGHTSTART AGGRESSIVE AGE BASED 9-10 | | None | | | Sold | 05/13/19 | K | | |
| 160. AGGRESSIVE AGE BASED 11-12 | | None | K | T | Buy | 05/13/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 07/22/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

DIAMOND HILL FDS LARGE CAP FD CL I SHS (DHLRX) was DIAMOND HILL FDS LARGE CAP FD CL Y SHS (DHLYX).
DIAMOND HILL FDS LONG-SHORT FUND CLASS Y (DIAYX) was DIAMOND HILL LONG-SHORT FUND CLASS I (DHLSX).

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 07/22/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James R. Ahler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544